Certificate Number: 05781-VAE-DE-041299823

Bankruptcy Case Number: 21-31825



05781-VAE-DE-041299823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 7, 2026</u>, at <u>12:16</u> o'clock <u>PM PDT</u>, <u>Angela Denise Goode-Minor</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date: <u>August 7, 2026</u>     By:     <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>